1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, California  93711
3  Telephone:  (559) 449-9069
   Facsimile:    (559) 513-8530
4  carol@yosemitelawyer.com

5  Attorney for Defendant,
   NOAH GORDON
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-mj-00049-JDP |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE INITIAL APPEARANCE TO OCTOBER 9, 2019; ORDER THEREON |
| vs. | ) | |
| NOAH GORDON, | ) | Date:  October 9, 2019 (Proposed)<br>Time:  10:00 AM<br>Judge: Jeremy D. Peterson |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the Defendant, NOAH GORDON, his attorney of record, CAROL ANN MOSES, and Yosemite Legal Officer, SUSAN ST. VINCENT, that the Initial Appearance in the above-captioned matter currently scheduled for September 10, 2019 at 10:00 AM be continued until October 9, 2019 at 10:00 AM. The government has no objection.

///

///

///

///

///

///

Mr. Gordon works as a pediatric anesthesiologist. Mr. Gordon has been specifically requested to work as the anesthesiologist for a pediatric surgery that has been scheduled for September 10, 2019. In addition to this surgery, there is a multidisciplinary Pediatric Surgery-Pediatric Anesthesia meeting that is also scheduled for September 10, 2019. Mr. Gordon is Chief of Pediatric Anesthesia and is relied on by his department to attend. Mr. Gordon has no criminal history. Mr. Gordon was arrested May 9, 2019 and continues to attend AA Meetings and meet with his sponsor consistently.

Mr. Gordon respectfully requests that the Court grant a continuance for his Initial Appearance to October 9, 2019 at 10:00 AM.

Dated: August 20, 2019          /s/ Carol Ann Moses
                                CAROL ANN MOSES
                                Attorney for Defendant,
                                NOAH GORDON

Dated: August 20, 2019          /s/ Susan St. Vincent
                                SUSAN ST. VINCENT
                                Yosemite Legal Officer

ORDER

Good cause appearing, Mr. Gordon's request to continue the initial appearance hearing in Case No. 6:19-mj-00049-JDP to October 9, 2019 at 10:00 AM is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated: __August 21, 2019__  _____
UNITED STATES MAGISTRATE JUDGE